DANIEL H. VOLK, respondent,

*v.*

ATLANTIC ACCEPTANCE AND REALTY Co., appellant.

[Submitted October 31st, 1947. Decided January 29th, 1948.]

*Mr. David T. Wilentz (Mr. Elias A. Kanter,* of counsel), for the appellant.

*Mr. Crawford Jamieson,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Jayne, and reported at *139 N. J. Eq. 171.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, SCHETTINO, JJ. 12.

*For reversal*—HEHER, J. 1.